Perry Lamar ADKINS *v.* STATE of Arkansas

CR 03-426 113 S.W.3d 624

Supreme Court of Arkansas
Opinion delivered May 8, 2003

 

*W. Gary Kennan*, for appellant.

No response.

P ER CURIAM. Appellant, Perry Lamar Adkins, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Gary Kennan, states in his motion that the record was tendered late due to a mistake on his part. We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

Therefore, the motion is granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.